## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

RYAN DELETTRE,

      Plaintiff,

   v.

ACE AMERICAN INSURANCE
COMPANY,

      Defendant.

CIVIL ACTION NO.: 4:25-cv-01

**O R D E R**

Before the Court is a "Dismissal With Prejudice" signed solely by counsel for Plaintiff, wherein Plaintiff states that he voluntarily dismisses this case with prejudice, with each party to bear their own costs. (Doc. 10.) Because the filing was not signed by all parties who have appeared and because Defendant has filed an answer prior to dismissal, (see doc. 6), Plaintiff cannot dismiss the case without a Court order. See Fed. R. Civ. P. 41(a)(1) ("[T]he plaintiff may dismiss an action without a court order [only] by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."). Accordingly, the Court construes the filing as a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), for dismissal "at the plaintiff's request . . . by court order, on terms that the court considers proper." The deadline for filing any sort of response or objection to Plaintiff's proposed dismissal has expired. Plaintiff's filing did not propose or request any specific terms (other than that the dismissal be with prejudice and that each party shall bear its own costs), and Defendant has not filed any sort of response opposing dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **GRANTS** the motion, (doc. 10),

**DISMISSES** the action **WITH PREJUDICE**, with each party to bear its own costs, and **DIRECTS** the Clerk to **CLOSE** the case.

      **SO ORDERED**, this 8th day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA